OPINION — AG — ** STATE BOARD OF AGRICULTURE — DIRECTOR — SALARY ** MR. HUTTON WAS LEGALLY ELECTED PRESIDENT OF THE STATE BOARD OF AGRICULTURE UNDER THE PROVISIONS OF HOUSE BILL NO. 56, ON JUNE 1, 1949, AND THAT THE RATE OF SALARY FIXED BY SENATE BILL NO. 165 MAY PROPERLY BE APPROVED BY THE BUDGET OFFICE AS HIS OFFICIAL SALARY. (CONFIRMATION BY THE SENATE) CITE: 2 O.S. 1.3 [2-1.3], 74 O.S. 250 [74-250], ARTICLE XXIII, SECTION 10 (MAC Q. WILLIAMSON)